STATE OF NEW JERSEY v. ANDRE YORK.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR DIVINCENT.

October 4, 1984.

Petition for certification denied.

UNITED SERVICES AUTOMOBILE ASSOCIATION v.
RICHARD C. FEASTER.

October 4, 1984.

Petition for certification denied.

ROSE PLAZA, ON BEHALF OF HERSELF AND ALL OTHERS
SIMILARLY SITUATED v. MUNICIPAL WELFARE
DEPARTMENT OF PATERSON.

October 4, 1984.

Petition for certification denied.